UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC LEE ERICKSON,

        Plaintiff,

        v.

JOSEPH LEHMAN, et al.,

        Defendants.

CASE NO. C05-867 JLR

ORDER

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's Motion for Summary Judgment is GRANTED;

(3) The matter is DISMISSED;

(4) The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

DATED this 21st day of July, 2006.

JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1