UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC LEE ERICKSON,

                    Plaintiff,

          v.

JOSEPH LEHMAN, et al.,

                    Defendant.

Case No. C05-867JLR

TAXATION OF COSTS

          Costs in the above-entitled action are hereby taxed against PLAINTIFF ERIC LEE ERICKSON

and on behalf of DEFENDANT in the amount of $51.20.

          Dated this _____14th_____ day of AUGUST, 2006 .



_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1